NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARTIN F. SALAZAR,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3011

---

Petition for review of the Merit Systems Protection Board in case no. AT0841090517-I-3.

---

**ON MOTION**

---

**ORDER**

Martin F. Salazar moves to reinstate his petition for review.

On February 7, 2012, this court dismissed Salazar's petition for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the court's February 7, 2012 order will be vacated, the court's mandate will be recalled, and the petition will be reinstated if Salazar files his brief within 30 days from the date of filing of this order.

FOR THE COURT

**APR 1 0 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Martin F. Salazar (informal brief form enclosed)
     Elizabeth A. Speck, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 0 2012

JAN HORBALY
CLERK